# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0481.  AKASH DIXIT v. TANYA DIXIT.**

Respondent Tanya Dixit has filed a motion to dismiss this discretionary application, arguing that the trial court's order is interlocutory because the court expressly reserved the issue of attorneys fees and costs.  Pursuant to OCGA § 5-6-34 (a) (2), however, a party may immediately appeal an order that holds him in contempt or provides that he be incarcerated until he purges himself from contempt.  See *Harrell v. Fed. Nat'l Payables, Inc.*, 284 Ga. App. 395, 396-397 (1) (643 SE2d 875) (2007); *Hamilton Capital Group, Inc. v. Equifax Credit Info. Servs.*, 266 Ga. App. 1, 2-3 (1) (596 SE2d 656) (2004).  Thus, Akash Dixit was not required to follow the interlocutory appeal procedures to obtain appellate review at this time, and the respondent's motion to dismiss is DENIED.

Upon consideration of the merits of the application, however, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/21/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*